McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KASEY NEWLEN, <br><br> Defendant. | Case No. 1:18-cr-00249-NONE <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for March 25, 2020, at 2:00 p.m. be continued to **May 6, 2020, at 2:00 p.m.**

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MCGREGOR SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED: March 17, 2020　　　　　　　　　*/s/ Justin J. Gilio*
　　　　　　　　　　　　　　　　　　　　　JUSTIN J. GILIO
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


DATED: March 17, 2020　　　　　　　　　*/s/ Matthew Lemke*
　　　　　　　　　　　　　　　　　　　　　MATTHEW LEMKE
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Kasey Newlen

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for March 25, 2020, at 2:00 p.m. be continued to **May 6, 2020, at 2:00 p.m.** before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: __**March 17, 2020**__          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE